

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00179-CR

| | | |
|---|---|---|
| VICTOR ORTIZ GONZALEZ, Appellant | § | On Appeal from 432nd District Court |
| | § | of Tarrant County (1497894D) |
| V. | § | May 9, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was reversible error in one of the trial court's judgments. We reverse the trial court's judgment convicting Victor Ortiz Gonzalez of aggravated assault of a public servant and remand this case to the trial court for further proceedings consistent with this opinion. We affirm the trial court's judgment convicting Victor Ortiz Gonzalez of evading arrest or detention.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel